IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 12-cr-00038-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     AGUSTIN AGUIRRE-RAMIREZ,
    a/k/a "Los Simbolos," "Alonso Valdivia," "Cisco,"
2.     ISAIAS DAVID RENTERIA-PEREZ,
    a/k/a "Isaias,"
3.     HERNAN GASTELUM,
4.     JORGE ALFREDO GUIJARRO,
    a/k/a "Tarta,"
5.     JESUS GOMEZ-VALDIVIA,
    a/k/a "El Sereno," "Nephew,"
6.     MANUEL LUNA,
    a/k/a "Bolas,"
7.     LUIS REYNOSO-RODRIGUEZ,
    a/k/a "Nephew," "Francisco Rodriguez-Hernandez,"
8.     JAIME QUINTERO-GIL,
    a/k/a "Paisa,"
9.     FNU LNU,
    a/k/a "PARIENTE"
10.     PEDRO SANCHEZ,
11.     JIM GONZALES,
12.     JESUS ALFONSO URIAS-BOJORQUEZ,
13.     JESUS SALAZAR-ORDONEZ,
14.     RAMONA ROMAN,
    a/k/a "Romo,"
15.     AGUSTIN SOLORIO-MENDEZ,
    a/k/a "Guero,"

    Defendants.
_____

**ORDER ADOPTING PROPOSED CASE MANAGEMENT ORDER**
_____

This matter is before the Court on the Joint Proposed Case Management Order (Doc. # 139), filed April 13, 2012. The Court, having reviewed the case file ADOPTS the Joint Proposed Case Management Order, with the following change to Paragraph 8, under Excludable Time:

> "On March 15, 2012, the Court granted a motion for exclusion of time following an ends of justice finding and excludes time in this matter until **November 10, 2012**[1], (180 days)."

The Court notes that the schedule adopted by the Court may necessitate that the Court delay trial of this matter until after the expiration of the November 10, 2012 speedy trial clock and an additional excludable time may be necessary and will entertain a future ends of justice continuance motion by the parties.

The Court further notes that the June 14, 2012 Status Conference is mooted by this adopted schedule. It is therefore

ORDERED that the Status Conference set for June 14, 2012, at 3:00 PM is VACATED, with leave to reset on request.

DATED: April __17__, 2012

BY THE COURT:

_Christine M. Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] On March 15, 2012, 180 days was excluded from the speedy trail clock which stood at May14, 2012 on that date.